FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 15-01843 JAF Judge: JERRY A. FUNK | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | ARLEDGE, STEVEN | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | ARLEDGE, KELLY | 341(a) Meeting Date: | 06/12/15 |
| For Period Ending: | 12/31/18 | Claims Bar Date: | 09/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 99,000.00 | 0.00 | | 0.00 | FA |
| Real property located at: 1004 Marsh Cove Court Ponte Vedra Beach, FL 32082 TO BE SURRENDERED | | | | | |
| 2. REAL PROPERTY | 89,735.91 | 0.00 | | 0.00 | FA |
| 1/3rd interest in homestead property located at: 12584 Masters Ridge Drive Jacksonville, FL 32225 (Mr. Arledge's parents, Ronald & Ophelia Arledge, are also on the deed to the property; Mortgage is in Ronald's name; Ronald Arledge maintains mortgage payments on property) | | | | | |
| 3. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| Bank of America checking account [ending in 7411] - $0.00 (account frozen due to garnishment) | | | | | |
| 4. FINANCIAL ACCOUNTS | 890.00 | 0.00 | | 0.00 | FA |
| Regions Bank checking account [ending in 8848] - $890.00 | | | | | |
| 5. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| Bank of America savings account [ending in 1509] - $0.00 (account frozen due to garnishment) | | | | | |
| 6. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| Bank of America IL UTMA minor savings account [ending in 4426] - $0.00 [Debtor Kelly Arledge is custodian of account for minor daughter] | | | | | |
| 7. HOUSEHOLD GOODS | 1,482.00 | 0.00 | | 0.00 | FA |
| Living Room carpet/rugs - $30 sofa & rocking chair - $15 desk - $25 3 lamps - $12 pictures/mirrors - $100 window coverings - $5 TV & Stereo - $75 2 side tables - $10 Kitchen fridge - $50 small appliances - $40 cookware - $50 dishes & utensils - $20 seating - $40 shelf - $25 Dining Room table & 3 chairs - $40 buffet & sideboard with doll house - $20 china/glassware - $70 mirror - $15 Bedrooms beds - $135 bedding - $20 | | | | | |

LFORM1

Ver: 21.00a

| Case No: | 15-01843 JAF Judge: JERRY A. FUNK | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
| Case Name: | ARLEDGE, STEVEN | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | ARLEDGE, KELLY | 341(a) Meeting Date: | 06/12/15 |
| | | Claims Bar Date: | 09/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 2 dressers & 1 tall chest of drawers - $110 5 pictures - $25 2 TVs - $100 computer - $25 2 side tables - $30 Family Room 2 chairs - $10 side table - $5 TV - $50 gun cabinet - $40 Garage/Shed charcoal grill - $20 6 chairs & 2 tables - $90 golf clubs/fishing equipment/bikes - $105 | | | | | |
| 8. WEARING APPAREL | 75.00 | 0.00 | | 0.00 | FA |
| used clothing | | | | | |
| 9. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| wedding bands | | | | | |
| 10. FIREARMS AND HOBBY EQUIPMENT | 600.00 | 0.00 | | 0.00 | FA |
| Rueger mini 14 Rueger 1022 Rueger GP100 Mossberg shotgun single-barrell shotgun Derringer 22 | | | | | |
| 11. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| term life insurance with employer DB - $10K | | | | | |
| 12. PERSONAL INJURY CLAIM | Unknown | 5,000.00 | | 0.00 | 5,000.00 |
| pending lawsuit against State Farm Insurance & Jonathan Hughes Duval County Case No. 2011-CA-006256 Debtors represented by McGrath Gibson<br>ESTIMATED TRUSTEE VALUE ONLY; NOT TO BE USED FOR SETTLEMENT PURPOSES<br>ACTUALLY TWO CLAIMS - 8/10/07 AND 11/5/07 | | | | | |
| 13. VEHICLES | 2,500.00 | 1,500.00 | | 1,500.00 | FA |
| 1999 BMW 323 Mileage: 194K+ *Vehicle has been in several accidents<br>ESTIMATED TRUSTEE VALUE ONLY; NOT TO BE USED FOR SETTLEMENT PURPOSES | | | | | |
| 14. VEHICLES | 2,750.00 | 1,500.00 | | 1,000.00 | FA |
| 2004 Chevrolet Cavalier Mileage: 109K+<br>ESTIMATED TRUSTEE VALUE ONLY; NOT TO BE USED FOR | | | | | |

LFORM1  Ver: 21.00a

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 15-01843 | JAF | Judge: JERRY A. FUNK | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
| Case Name: | ARLEDGE, STEVEN | | | Date Filed (f) or Converted (c): | 04/23/15 (f) |
| | ARLEDGE, KELLY | | | 341(a) Meeting Date: | 06/12/15 |
| | | | | Claims Bar Date: | 09/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| SETTLEMENT PURPOSES | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $197,132.91 | $8,000.00 | | $2,500.00 | $5,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NO ATTORNEY EMPLOYED YET

PENDING PERSONAL INJURY CLAIM; ACTUALLY TWO CLAIMS - 8/10/07 AND 11/5/07

LETTER REQUESTING COPY OF 2014 TAX RETURN SENT 4/30/15

OBJECTIONS TO EXEMPTIONS TO COURT 7/9/15

PROPOSED DECLARATION TO BRADLEY SOPOTNICK AS SPECIAL ATTORNEY SENT 11/24/15

FOLLOW UP EMAIL TO ATTORNEY SOPOTNICK RE RETURN OF DECLARATION 1/19/16

CONSENT ORDER FOR $2,500 LUMP SUM WITHIN 90 DAYS SIGNED 3/2/16

NOTICE OF PRIVATE SALE SERVED 1/31/17

VARIOUS CHANGES OF ATTORNEYS IN PI CASE

ORDER EMPLOYING M. BRAD GIBSON OF MCGRATH GIBSON TO PURSUE PERSONAL INJURY CLAIMS SIGNED 12/5/18

Initial Projected Date of Final Report (TFR): 06/01/17    Current Projected Date of Final Report (TFR): 09/01/19

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-01843 -JAF | | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|---|
| Case Name: | ARLEDGE, STEVEN | | Bank Name: | BOK Financial |
| | ARLEDGE, KELLY | | Account Number / CD #: | *******4296  Checking Account |
| Taxpayer ID No: | *******9632 | | | |
| For Period Ending: | 12/31/18 | | Blanket Bond (per case limit): | $ 23,516,752.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/16 | | STEVEN ARLEDGE<br>KELLY ARLEDGE<br>12584 MASTERS RIDGE DRIVE<br>JACKSONVILLE, FL  32225 | EXTENDED SALE AGREEMENT (DOC. #19) | 1129-000 | 2,500.00 | | 2,500.00 |
| 05/31/16 | 13 | Asset Sales Memo: | VEHICLES  $1,500.00 | | | | 2,500.00 |
| 05/31/16 | 14 | Asset Sales Memo: | VEHICLES  $1,000.00 | | | | 2,500.00 |
| 06/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,490.00 |
| 07/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,480.00 |
| 08/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,470.00 |
| 09/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,460.00 |
| 10/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,450.00 |
| 11/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,440.00 |
| 12/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,430.00 |
| 09/20/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 2,430.00 | 0.00 |

| Account *******4296 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 | Deposits | 2,500.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 70.00 |
| | | | 1 | Transfers Out | 2,430.00 |
| | Subtotal | $ 2,500.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 2,500.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 2,500.00 | | | |

LFORM2T4

Ver: 21.00a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-01843 -JAF | | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|---|
| Case Name: | ARLEDGE, STEVEN | | Bank Name: | Axos Bank |
| | ARLEDGE, KELLY | | Account Number / CD #: | *******0121  Checking Account |
| Taxpayer ID No: | *******9632 | | | |
| For Period Ending: | 12/31/18 | | Blanket Bond (per case limit): | $ 23,516,752.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/18 | | Trsf In From BOK Financial | INITIAL WIRE TRANSFER IN | 9999-000 | 2,430.00 | | 2,430.00 |

```
Account *******0121     Balance Forward         0.00
                     0  Deposits                0.00       0  Checks              0.00
                     0  Interest Postings       0.00       0  Adjustments Out     0.00
                                                           0  Transfers Out       0.00
                        Subtotal        $       0.00
                                                              Total        $     0.00
                     0  Adjustments In          0.00
                     1  Transfers In        2,430.00

                        Total           $   2,430.00


Report Totals           Balance Forward         0.00
                     3  Deposits            2,500.00       0  Checks              0.00
                     0  Interest Postings       0.00       7  Adjustments Out    70.00
                                                           1  Transfers Out   2,430.00
                        Subtotal        $   2,500.00
                                                              Total        $ 2,500.00
                     0  Adjustments In          0.00
                     1  Transfers In        2,430.00

                        Total           $   4,930.00         Net Total Balance  $ 2,430.00
```

LFORM2T4

Ver: 21.00a